

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

CHANNING MURRY, §     No. 08-13-00356-CR

Appellant, §     Appeal from the

v. §     394th District Court

THE STATE OF TEXAS, §     of Presidio County, Texas

State. §     (TC# 3201)

§

**O R D E R**

The Court GRANTS Patricia Reid's third request for an extension of time within which to file the Reporter's Record until **February 22, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Patricia Reid, Official Court Reporter for the 394th District Court of Presidio County, Texas, prepare the Reporter's Record and forward the same to this Court on or before February 22, 2014.

IT IS SO ORDERED this 29th day of January, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.